UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-23230-CIV-MORENO**

DEDRICK FERGUSON,

    Plaintiff,

vs.

D. CLARK, et al.,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S RETALIATION CLAIM AGAINST DEFENDANT CLARK

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Complaint **(D.E. No. 1)**, filed on **September 7, 2010**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 15)** on **January 3, 2011**. To this date no objections to the Report and Recommendation have been filed. The Court has reviewed the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 15)** on **January 3, 2011** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's retaliation claim against Defendant Clark is hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. Plaintiff's retaliation claims against Defendant Dean and Defendant Martin shall continue.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of February, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record